IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUNQATE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TALEO CORPORATION,<br><br>    Defendant. | No. C 11-05607 JSW<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Trunqate, LLC, and defendant, Taleo Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

All claims and counterclaims asserted in this suit between plaintiff, Trunqate, LLC, and defendant, Taleo Corporation, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated January 9, 2012.

**IT IS FURTHER ORDERED** that:

All attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE